Justin L. Carley, Esq.
Nevada Bar No. 9994
Bradley T. Austin, Esq.
Nevada Bar No. 13064
Snell & Wilmer L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
jcarley@swlaw.com
baustin@swlaw.com

*Attorneys for Defendant PAE*
*Applied Technologies, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF AMERICAN GENERAL CONSTRUCTION, INC., and AMERICAN GENERAL CONSTRUCTION INC. d/b/a AGC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> YACK CONSTRUCTION, INC., MERCHANTS BONDING COMPANY (MUTUAL), and PAE APPLIED TECHNOLOGIES, LLC <br><br> Defendants. | Case No. 2:17-cv-01994-MMD-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> **(THIRD REQUEST)** |

Plaintiffs United States of America for the Use and Benefit of American General Construction, Inc. and American General Construction, Inc. d/b/a AGC, Inc. ("Plaintiffs"), Defendant PAE Applied Technologies, Inc. ("PAE"), Defendant Yack Construction, Inc. ("Yack") and Defendant Merchants Bonding Company ("Merchants") stipulate as follows:

Plaintiffs filed their First Amended Complaint [ECF No. 14] on September 19, 2017, adding PAE as a party to the suit. The parties stipulated to extend PAE's response deadline to October 27, 2017 and subsequently stipulated to extend PAE's response deadline to November 10, 2017. The parties now stipulate and agree that Defendants PAE, Yack and Merchants shall

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

have until and including January 18, 2018 to file their respective responses to Plaintiffs' First Amended Complaint. The parties further stipulate that all parties' discovery obligations, if any, shall be tolled until January 8, 2018.

This is the parties' third request for an extension of time for PAE to respond to the First Amended Complaint, first request for an extension of time for Yack and Merchants to respond to the First Amended Complaint and first request to toll discovery obligations. All parties have agreed to mediate this matter and have scheduled a mediation with The Hon. Gene T. Porter (Ret.) for December 20, 2017. The parties are hopeful that the upcoming mediation will resolve this matter in its entirety. This requested extension is made in good faith and is not intended to cause delay or prejudice to any party, but rather to facilitate a settlement resolution without further court involvement and without the unnecessary expenditure of additional attorney's fees. In the event that the parties are unable to resolve this matter via mediation, the parties will submit an amended discovery plan and scheduling order to the Court by January 25, 2018.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

4812-1300-2067.1

By so stipulating, none of the parties waive any claims, rights or defenses and expressly reserve all rights and defenses under Fed. R. Civ. P. 8 and 12.

DATED: November 9, 2017

SNELL & WILMER L.L.P.                          GREENBERG TRAURIG, LLP

 _/s/ Bradley T. Austin_                        _/s/ Christopher Miltenberger_
Justin L. Carley (NV Bar No. 9994)             Mark Ferrario (NV Bar No. 1625)
Bradley T. Austin (NV Bar No. 13064)           Christopher Miltenberger (NV Bar No. 1625)
3883 Howard Hughes Pkwy, Suite 1100            Whitney Welch-Kirmse (NV Bar No. 12129)
                                               3773 Howard Hughes Pkwy, Suite 400 North
*Attorneys for Defendant PAE Applied*           Las Vegas, NV 89169
*Technologies, LLC*
                                               *Attorneys for Plaintiffs*

BOYACK ORME & ANTHONY

 _/s/ Edward D. Boyack_
Edward D. Boyack, Esq. (NV Bar No. 5229)
7432 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for Defendants Yack Construction,*
*Inc. and Merchants Bonding Company*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: ___November 13, 2017___

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4812-1300-2067.1