Justin L. Carley, Esq.
Nevada Bar No. 9994
Bradley T. Austin, Esq.
Nevada Bar No. 13064
Snell & Wilmer L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
jcarley@swlaw.com
baustin@swlaw.com

*Attorneys for Defendant PAE
Applied Technologies, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF AMERICAN GENERAL CONSTRUCTION, INC., and AMERICAN GENERAL CONSTRUCTION INC. d/b/a AGC, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>YACK CONSTRUCTION, INC., MERCHANTS BONDING COMPANY (MUTUAL), and PAE APPLIED TECHNOLOGIES, LLC<br><br>Defendants. | Case No. 2:17-cv-01994-MMD-CWH<br><br>**STIPULATION AND ORDER DISMISSING PAE APPLIED TECHNOLOGIES, LLC, WITHOUT PREJUDICE** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs United States of America for the Use and Benefit of American General Construction, Inc. and American General Construction, Inc. d/b/a AGC, Inc., Defendant PAE Applied Technologies, Inc. ("PAE"), Defendant Yack Construction, Inc., and Defendant Merchants Bonding Company stipulate to dismiss Defendant PAE from the above-captioned action, without prejudice, with each party to bear its own fees and costs.

1

IT IS SO STIPULATED.

Dated: January 11, 2018

SNELL & WILMER L.L.P.

/s/ Justin Carley

Justin L. Carley (NV Bar No. 9994)
Bradley T. Austin (NV Bar No. 13064)
3883 Howard Hughes Pkwy, Suite 1100

*Attorneys for Defendant PAE Applied Technologies, LLC*

Dated: January ___, 2018

BOYACK ORME & ANTHONY

/s/ Cece C. McGill #13724

Edward D. Boyack, Esq. (NV Bar No. 5229)
7432 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for Defendants Yack Construction, Inc. and Merchants Bonding Company*

Dated: January 10, 2018

GREENBERG TRAURIG, LLP

/s/ Mark Ferrario

Mark Ferrario (NV Bar No. 1625)
Christopher Miltenberger (NV Bar No. 1625)
Whitney Welch-Kirmse (NV Bar No. 12129)
3773 Howard Hughes Pkwy, Suite 400 North
Las Vegas, NV 89169

*Attorneys for Plaintiffs*

## ORDER DISMISSING PAE APPLIED TECHNOLOGIES, LLC, WITHOUT PREJUDICE

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 11, 2018

4852-5731-3369.1