Edward D. Boyack
Nevada Bar No. 005229
Colli C. McKiever
Nevada Bar No. 13724
**BOYACK ORME & ANTHONY**
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 562-3415
Facsimile: (702) 562-3570
ted@boyacklaw.com
colli@boyacklaw.com
Attorney for Defendants YACK CONSTRUCTION INC.
And MERCHANTS BONDING COMPANY (MUTUAL)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF AMERICAN GENERAL CONSTRUCTION, INC. and AMERICAN GENERAL CONSTRUCTION INC. dba AGC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> YACK CONSTRUCTION INC., and MERCHANTS BONDING COMPANY (MUTUAL) <br><br> Defendants. | Case No. 2:17-cv-01994-MMD-CWH <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF AND DEFENDANTS TO FILE SUMMARY JUDGMENT MOTIONS** <br><br> (FIRST REQUEST) |

Pursuant to LR 6-1, Defendants, YACK CONSTRUCTION INC., and MERCHANTS BONDING COMPANY (MUTUAL),and Plaintiff, UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF AMERICAN GENERAL CONSTRUCTION, INC. and AMERICAN GENERAL CONSTRUCTION INC. ("AGC") , by and through their undersigned counsel, hereby agree to extend the dispositive motion deadline and submit this Stipulation to extend the time in which the parties have to file Motions for Summary Judgment.

The Parties hereby stipulate and agree as follows:

1. Pursuant to the July 11th, 2018 Second Order Extending Discovery Deadlines, the parties' Motions for Summary Judgment are currently due on November 8th, 2018 [ECF

NO. 38]

2. The parties are in agreement to extend the time to file dispositive motions until November 16th, 2018. The additional time will allow the parties to properly address the issues in the motions.

3. No prejudice will result to any party from an extension of time.

4. This stipulation is made in good faith and not for the purpose of delay.

DATED this 8th day of November, 2018.

BOYACK ORME & ANTHONY

By: ___/s/ Edward D. Boyack_____
EDWARD D. BOYACK
Nevada Bar No. 005229
COLLI C. McKIEVER
Nevada Bar No. 13724
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
*Attorneys for Defendants*

GREENBERG TRAURIG LLP

By: /s/ *Christopher R. Miltenberger*
MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
WHITNEY WELCH-KIRMSE
Nevada Bar No. 12129
3773 Howard Hughes Pkwy., Ste. 400 North
Las Vegas, NV 89169
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

DATED THIS __9th__ DAY OF NOVEMBER, 2018.

_____
UNITED STATES DISTRICT JUDGE