| | |
|---|---|
| Edward D. Boyack<br>Nevada Bar No. 005229<br>Colli C. McKiever<br>Nevada Bar No. 13724<br>**BOYACK ORME & ANTHONY**<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, Nevada 89117<br>Telephone: (702) 562-3415<br>Facsimile: (702) 562-3570<br>ted@boyacklaw.com<br>colli@boyacklaw.com<br>Attorney for Defendants YACK CONSTRUCTION INC.<br>And MERCHANTS BONDING COMPANY (MUTUAL) | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF AMERICAN GENERAL CONSTRUCTION, INC. and AMERICAN GENERAL CONSTRUCTION INC. dba AGC, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>YACK CONSTRUCTION INC., and MERCHANTS BONDING COMPANY (MUTUAL)<br><br>Defendants. | Case No. 2:17-cv-01994-MMD-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF AND DEFENDANTS TO OPPOSE SUMMARY JUDGMENT MOTIONS**<br><br>(FIRST REQUEST) |

Pursuant to LR 6-1, Defendants, YACK CONSTRUCTION INC. ("YACK"), and MERCHANTS BONDING COMPANY (MUTUAL), and Plaintiff, UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF AMERICAN GENERAL CONSTRUCTION, INC. and AMERICAN GENERAL CONSTRUCTION INC. ("AGC") , by and through their undersigned counsel, respectfully submit this Stipulation to allow both the Plaintiffs and the Defendants fourteen (14) additional days file oppositions to the competing summary judgments filed on November 16th, 2018, and an additional seven (7) days for the parties to file any replies.

The Parties hereby stipulate and agree as follows:

1. Defendants, YACK and MERCHANTS BONDING COMPANY filed their Motion for Summary Judgment on November 16th, 2018. [ECF NO. 47]

2. Plaintiffs, AGC, filed their Motion for Summary Judgment on November 16th,

2018. [ECF NO. 48]

3. Currently both parties' Oppositions are due December 7th, 2018.

4. The parties stipulate and agree that AGC shall have up to, through, and including December 21st, 2018, to oppose YACK and MERCHANTS BONDING COMPANY's Summary Judgment motion [ECF No. 47].

5. The parties stipulate and agree that YACK and MERCHANTS BONDING COMPANY shall have up to, through, and including December 21st, 2018, to oppose AGC's Summary Judgment motion [ECF No. 48].

6. AGC, YACK and MERCHANTS BONDING COMPANY further agree and stipulate that all parties shall have up to, through, and including January 11th, 2019, to file any replies.

7. The additional time will allow the parties to properly address the issues raised in the motions in light of the intervening holidays during the briefing of the motions for summary judgment. No prejudice will result to any party from an extension of time.

8. This stipulation is made in good faith and not for the purpose of delay.

DATED this 5th day of December, 2018.

BOYACK ORME & ANTHONY

By: /s/ Edward D. Boyack
EDWARD D. BOYACK
Nevada Bar No. 005229
COLLI C. McKIEVER
Nevada Bar No. 13724
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
*Attorneys for Defendants*

DATED this 5th day of December, 2018

GREENBERG TRAURIG LLP

By: /s/ *Christopher R. Miltenberger*
MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
WHITNEY WELCH-KIRMSE
Nevada Bar No. 12129
3773 Howard Hughes Pkwy., Ste. 400 North
Las Vegas, NV 89169
*Attorneys for Plaintiffs*

IT IS SO ORDERED.
DATED THIS  6th  DAY OF DECEMBER, 2018.

_____
UNITED STATES DISTRICT JUDGE