1   Edward D. Boyack, Esq.
    Nevada Bar No. 005229
2   Colli C. McKiever
    Nevada Bar No. 13724
3   BOYACK ORME & ANTHONY
    7432 West Sahara Avenue, Suite 101
4   Las Vegas, Nevada 89117
    Telephone: (702) 562-3415
5   Facsimile: (702) 562-3570
    ted@boyacklaw.com
6   colli@boyacklaw.com
    *Attorney for Defendants YACK CONSTRUCTION INC.*
7   *and MERCHANTS BONDING COMPANY (MUTUAL)*

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11   **UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF AMERICAN GENERAL CONSTRUCTION, INC. and AMERICAN GENERAL CONSTRUCTION INC. dba AGC, INC.,**

Case No.:  2:17-cv-01994-MMD-DJA

12

13                          **Plaintiffs,**

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

14        **v.**

15   **YACK CONSTRUCTION INC.; MERCHANTS BONDING COMPANY (MUTUAL); and PAE APPLIED TECHNOLOGIES, LLC,,**

16

17

18                          **Defendants.**

19

20          Plaintiffs, UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF

21   AMERICAN   GENERAL   CONSTRUCTION,   INC.,   and   AMERICAN   GENERAL

22   CONSTRUCTION, INC., d/b/a AGC, INC, Defendant YACK CONSTRUCTION, INC., and

23   Defendant MERCHANTS BONDING COMPANY (MUTUAL)[1], by and through their

24   respective undersigned counsel of record, stipulate as follows:

25

26

27   _____

[1] Defendant PAE Applied Technologies, LLC was previously dismissed from this action. *See*
28   ECF No. 31. The parties to this stipulation are the only remaining parties to the action.

1    1.    The Parties to this Stipulation have settled and agreed to release their respective
2    claims pursuant to the terms of a Confidential Settlement Agreement and Mutual Release of
3    Claims;

4    2.    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR IA 6-2, and LR 7-
5    1, the parties hereto agree and stipulate that the above-captioned matter, including any and all
6    claims between and among them, shall be DISMISSED with prejudice;

7    3.    The Parties further stipulate and agree that a copy of this *Stipulation and Order*
8    may be recorded with the Clark County Recorder; and

9    4.    The Parties further stipulate and agree that each party will bear its own attorneys'
10   fees and costs with respect to the above-captioned case.

Dated January 31, 2020.                          Dated January 31, 2020.

**BOYACK ORME & ANTHONY**                         **GREENBERG TRAURIG, LLP**

By: */s/ Colli C. McKiever*                       By: */s/ Christopher R. Miltenberger*
   Edward D. Boyack, Esq.                             MARK E. FERRARIO
   Nevada Bar No. 5229                                Nevada Bar No. 1625
   Colli C. McKiever, Esq.                            CHRISTOPHER R. MILTENBERGER
   Nevada Bar No. 13724                               Nevada Bar No. 10153
   7432 W. Sahara Ave., Suite 101                     10845 Griffith Peak Drive, Suite 600
   Las Vegas, Nevada 89117                            Las Vegas, Nevada 89135
   *Attorney for Defendants YACK*                     *Counsel for Plaintiffs*
   *CONSTRUCTION INC.*
   *and MERCHANTS BONDING COMPANY*
   *(MUTUAL)*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 3, 2020